# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE RESIDENCE OF TIMOTHY BUCHANAN, 228 22ND STREET, OLD HICKORY, TENNESSEE | Case No. 20-mj-1170<br><br>Judge Holmes |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by its attorneys Mary Jane Stewart, Acting United States Attorney for the Middle District of Tennessee, and Juliet Aldridge, Assistant United States Attorney, moves the Court to unseal the Application for a Search Warrant, Affidavit in Support of an Application for a Search Warrant, Search Warrant, and all supporting documentation filed in this matter until further order. Said Search Warrant was obtained on November 14, 2020, and filed under seal. Defendant has since been indicted and arraigned and there is no longer a need for the documents to continue under seal.

Respectfully submitted,
MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

By: /s/ Juliet Aldridge
JULIET ALDRIDGE
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Juliet.aldridge2@usdoj.gov